**ANDREIA ROSA DOS SANTOS**

**PRO SE**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREIA ROSA DOS SANTOS, | Case No.: _____ |
| Plaintiff, | ) |
| vs. | ) COMPLAINT under |
| MISSONI USA Inc., | ) 17 U.S. Code Section § 106A (a) |
| and DOES 1 through 5, | ) and 17 U.S. Code Section § 106 |
| Defendants. | ) for Damages and Remedies |
| | ) |
| _____ | ) COPYRIGHTS INFRINGEMENTS |
| | ) |
| | ) JURY TRIAL DEMANDED |
| | ) Dated on 13th of May, 2026 |

THE COMPLAINT

Plaintiff ANDREIA ROSA DOS SANTOS ("hereinafter referred to as "Plaintiff" and as "Dos Santos") by and through this complaint sues Defendant MISSONI USA Inc. (hereinafter referred to as "Missoni"), and any presently unknown pseudonyms, subsidiaries, unknown names, affiliates, associates, entities, companies, including servicing practices, following references and conducts related to the acts or persons acting in concert with Defendant, collectively referred "Does 1 through 5". In support, Plaintiff says and alleges as follows:

1

### I. NATURE OF THE ACTION

1. This case arose from Defendant's acts of copyrights infringements of intellectual properties upon copyright-protected Plaintiff's group of registered unpublished artworks (hereinafter referred to as "Artworks").

2. Defendant's acts of copyrights infringements comprises the Missoni Home Line Collection 2024, which includes, but not limited to, men's and women's bathrobes and bath linen, textiles, and furniture (thereafter referred to as "Missoni Home Collection").

3. This is a civil action for copyrights infringements, under the Copyright Act of 1976 (17 U.S.C. § 101 et seq.), pursuing claims under an amendment to the Copyright Act known as the Visual Artists Rights Act-VARA, of 1990, under provisions of 17 U.S. Code, subject to proper sections and subsections.

4. The term "Artwork" refers to a "work of visual art"(under Title 17 U.S. Code §101).

### II. JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because it arises under the Copyright Act, 17 U.S.C. § 501.

6. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) because events or omissions give rise to the claim, and Defendants reside or do business in this district.

### III. THE PARTIES

**PLAINTIFF ANDREIA ROSA DOS SANTOS** (Dos Santos)

7. Plaintiff AndreiaRosaDosSantos, at all material times herein, is an American citizen, resident of Manhattan, New York City, State of New York.

8. Plaintiff Dos Santos, all material times herein, is an American artist, art curator, composer, author, licensed teacher of Portuguese and German Languages and Literatures, registered journalist cinematographer, specialized in Journalistic Styles and as well in Western Culture and Contemporary Art.

**DEFENDANT MISSONI USA Inc. ("Missoni")**

9. On information and belief, the principal location, contacts and activities of Missoni in the United States is Manhattan, New York, State of New York.

2

10. On information and belief, the registered office and official business address for Defendant's legal proceedings  is  676 Madison Ave, New York, NY 10065-7213.

11. On information and belief, Missoni opened a new flagship boutique at 787 Madison Avenue in New York city, around early February 2026.

12. On information and belief the Corporate Headquarters Missoni S.p.A. (Società Per Azioni) is located at Via Luigi Rossi 52, 21040, Sumirago-VA(Varese), in Italy.

13. Plaintiff does not know any additional identity of affiliated entities or persons acting in concert with Defendants. Complete names, residences and capacities of the Defendants Does 1 through 5  still unknown to Plaintiff at this time.

## IV. THE COPYRIGHTED ARTWORKS

14. Plaintiff Dos Santos, at all relevant times and material hereto, certifies that she executed the Artworks with watercolor and wax crayon colored pencils on canvas panels 100% archival cotton fine grain, externally measuring  11x14 inches.

15. These unpublished artworks have been registered with the United States Copyright Office as a group titled 'Casting the Stag's Head', and received the assigned Registration Number VAu 1-517-894. A copy of the Certificate of Registration is attached hereto (**Exhibit "A")**.

16. Plaintiff Andreia Rosa Dos Santos, at all relevant times and material hereto, realleges and certifies that she is the sole author, creator and owner of these intellectual properties copyrighted-protected unpublished authentic original artworks, registered under their titles, as ( see **Exhibit "B**").

     a)  Strokes of Paintbrush;

     b)  Clustering Schemes of Memory Spaces;

     c)  Leaflets;

     d)  Feathers;

     e)  Tangly;

     f)  Tumbleweeds in Orange, Pink and Blues;

     g)  Tumbleweeds Blue, Red, Purple, Pink and Greens;

     h)   Tumbleweeds in Red, Pink and Greens.

**<u>Exhibit "A" - Certificate of Registration- Front</u>**

Copy of Certificate of Registration - U.S. Copyright Office

"Casting the Stag's Head " by Andreia Rosa Dos Santo

## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-517-894**

**Effective Date of Registration:**
November 23, 2023
**Registration Decision Date:**
February 05, 2024

### Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

**Title**

| | |
|---|---|
| **Title of Group:** | Casting the Stag's Head and 9 Other Unpublished Works |
| **Content Title:** | Casting the Stag's Head |
| | Meta Cluster Membership |
| | Strokes of Paintbrush |
| | Clustering Schemes of Memory Spaces |
| | Leaflets |
| | Feathers |
| | Tangly |
| | Tumbleweeds in Orange, Pink and Blues |
| | Tumbleweeds in Blue, Red, Purple, Pink and Greens |
| | Tumbleweeds in Red, Pink and Greens |

**Completion/Publication**

| | |
|---|---|
| **Year of Completion:** | 2023 |

**Author**

| | |
|---|---|
| **Author:** | Andreia Rosa Dos Santos |
| **Author Created:** | Pictorial or Graphic Works |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1964 |

**Copyright Claimant**

| | |
|---|---|
| **Copyright Claimant:** | Andreia Rosa Dos Santos |
| | 507 W 28th Street, Apt 611, New York, NY, 10001-5845, United States |

Page 1 of 2

**Exhibit "A" - Certificate of Registration -Back**

Copy of Certificate of Registration - U.S. Copyright Office

"Casting the Stag's Head " by Andreia Rosa Dos Santos

**Rights and Permissions**

|  |  |
|---|---|
| **Name:** | Andreia Rosa Dos Santos |
| **Email:** | andreianyc4@gmail.com |
| **Telephone:** | (929)392-5430 |
| **Address:** | 507 W 28th Street |
|  | Apt 611 |
|  | New York, NY 10001-5845 United States |

**Certification**

|  |  |
|---|---|
| **Name:** | ANDREIA ROSA DOS SANTOS |
| **Date:** | November 23, 2023 |

**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

Page 2 of 2

5

## Exhibit "B" - The Artworks by Andreia Rosa Dos Santos

According the Certificate of the group "Casting the Stag's Head", the Artworks are, as follows:





a.  Strokes of Paintbrush;       b. Clustering Schemes of Memory Spaces;







c. Leaflets;           d. Feathers;           e. Tangly;







f. Tumbleweeds in Orange, Pink and Blues;
g. Tumbleweeds Blue, Red, Purple, Pink and Greens;
h. Tumbleweeds in Red, Pink and Greens.

6

## V. DEFENDANT'S INFRINGING MATERIALS

### DEFENDANT MISSONI

17. Upon information and belief, the Missoni utilizes Dos Santos artworks, applied on a prolific variety of models and items of the Missoni Home Collection 2024.

18. On information and belief, the Missoni Home Collection 2024 items, including, but not limited to the bathrobes, were showcased in settings, by creative director Alberto Caliri.

19. On information and belief, Missoni Home Collection items settings were part of the larger Missoni Home collection and paired with other coordinated bath textiles as bath towels, face towels, and bath mats.

20. On information and belief, Missoni Home Collection infringements include, but not limited to, the Giacomo Robe, Chandler Robe; Riverbero Robe, Moonshadow Robe.

**Exhibit "C"**
( ARDSvMISSONI)
Infringements
Missoni Home Collection 2024

The Missoni Home Collection 2024, men's and women's bathrobe, bath linen, textiles, and furniture Infringements are (include but not limited to) as follows:
a) Adam Robe; b) Bradley Robe; c) Chandler Robe; d) Giacomo Robe; e) Riverbero Robe; f) Moonshadow Robe; g) Other Items.
Below, Missoni's respective official images, as seen on their website:

a) Adam Robe



7

## b) Bradley Robe

 

## c) Chandler Robe

   

## d) Giacomo Robe

   

  

8

## e) Riverbero Robe

 

S

## f) Moonshadow Robe



## g) Other Items

  

  

MISSONI
Paillette Striped
Long-Sleeve
Mini Dress
$2,510

MISSONI
Sequin Wefted
Loom Knit Pull-
On Shorts
$1,340

Missoni Women's
Viscose V-...



**Stardust Scented Candle**

$ 280,00

**Stardust Scented Candle**

$280.00

Color: Multicoloured

Home / Bathroom /
Missoni Home Otello Beach Towel with Chevron Pattern

SKU: missonihomeotello

Missoni Home Otello Beach Towel with Chevron Pattern

Montgomery Throw 130X190

$530.00

Color: Red

values into every aspect of daily life.

values into every aspect of daily life.

MISSONI 100 %
silk robe ,luxu..

VI. <u>FACTUAL BACKGROUNDS and FURTHERMORE ACTIVITIES</u>

DEFENDANT MISSONI

21.  Upon information and belief, the Defendant has engaged in an amount of activity that constitutes significant infringements and the case involves that in connection.

22. Upon information and belief, the infringements started to be publicly visible on the Missoni Spring Summer 2024 Collection (SS24) runway show held on Saturday, September 23, 2023, during the Milan Fashion Week Spring/Summer 2024.

23. Upon information and belief, Milan Fashion Week Women's Spring/Summer 2024 took place from September 19 to 25, 2023. This event, featuring the SS24 collections (known as Milano Moda Donna), showcased major designers and events across Milan, Italy, organized by the Camera Nazionale della Moda Italiana.

24. Upon information and belief, on October 28, 2023, photos and videos about the runway and backstage were posted on social media Instagram, where can be seen the robes, with the caption as follows below:

> "It's the robes for us. Models prepared for #Missoni's SS24 show with runway practice, hair, makeup and more ..."

**Exhibit "D"**

Images from Missoni's robes on Fashion Week post on Instagram, October 28, 2023.

 

25. Upon information and belief, the Missoni Home Collection 2024, which includes new bathrobes, textiles, and furniture, was officially launched during Milan Design Week 2024, was officially launched and showcased with a major highlight through immersive installations and a new showroom, during Milan Design Week 2024, running from 15 to 21 April 2024. Key details regarding the launch include:

   a) Location: The collection was showcased at the new Missoni Home boutique on via Verri, the "En Plein Air" installation in via Solferino 9, and the Missoni Outdoor booth at the Milan Furniture Fair.

   b) Showcase Times: The showroom exhibitions took place primarily from April 16th to April 20th, with additional hours on the 18th and 21st.

   c) Theme: The 2024 home collection was presented alongside the outdoor line created in collaboration with Roda.

   d) Integration with Home Design: The bathrobes and textiles were featured alongside the "En Plein Air" outdoor collection, which was displayed at the Missoni showroom via Solferino and Roda stand at Salone del Mobile 2024.

   e) Integration with "Caffé Suonarestella" Display: The collection was spotlighted at Paolo Stella's apartment, which was transformed into a café to showcase the new Missoni home line.

## VII. CLAIMS FOR RELIEF

26. Plaintiff, in good faith, and at all times material to this action, believes that she is entitled to possess all rights and obligations as holder of the Artworks listed.

27. On information and belief, the Missoni Home Collection infringe on existing paintings executed by Plaintiff, which are present underlying and overlapping the Defendant Missoni Home Collection.

28. Plaintiff has a good faith and belief that the use, by Defendants, of the Plaintiff's artworks in the material listed here is not authorized by Plaintiff, which holds the copyrights as owner of the original artworks, neither by any agent of the copyright owner, or by the law.

29. On information and belief, Defendant's materials do not rely on fair use nor authenticity.

12

30. Plaintiff has a good faith and belief that Defendant is liable as the direct perpetrator of the infringements since it's actively granted itself the rights of commercial use, adding to its own branding, and marketing them under its own name.

31. Pursuant Title 17  U.S. Code §106 (1), (2), (3) and (5), Defendants infringed Plaintiff's copyrights, the exclusive rights of:

a)  to reproduce and make copies of an original work;

b)  to prepare derivative works based on the original work;

c)  to distribute copies to the public by sale or another form of transfer, such as commissioned;

d)  to publicly display the work.

32. Defendants have willfully committed and/or facilitated copyrights infringements upon Plaintiff's intellectual property, for their  commercial purpose of sales, which material have substantial similarity to the original pre-existing copyrighted artworks.

33. Defendants violated Plaintiff's rights, infringing the exclusive copyrights rights under 17 U.S.C. § 106, by using Dos Santos Artwork as the only primary source for the products, using significant portions of the original artworks, and the organizing recursive singular creative choices of the Plaintiff's original Artwork's.

34. Plaintiff realleges that the causes of this civil lawsuit are Copyrights Infringements, and for that Plaintiff seeks Damages (17 U.S.C. § 504) as compensatory, while Actual Damages and earned Profits ( 17 U.S.C. §  504(b)) as awards to prevent and to deter the infringers from benefiting from their wrongful acts,  and for other remedies at Court's discretion, as Injunctive Relief (17 U.S.C. § 502), attorney's fees and costs (17 U.S.C. § 505).

35. Plaintiff seeks actual Damages and Profits earned, and/or Statutory Damages, Consequential Damages and Incidental Damages as Additional Damages, and Treble Damages, reflecting the remedies for all damages resulting from cumulative Defendants acts of infringements upon Plaintiff's copyrighted intellectual property of unpublished artworks, aggravated by Defendant's nature,  business, past, and the kind of  use of Dos Santos Artworks.

36. Defendants committed or facilitated acts of copyrights infringements and are accountable either as intentional acts or/and/even as strict and intrinsic liable as

13

consequence and results of their acts and facts per se, as may find themselves strictly liable for the conduct, whether or not predicted, following a reference, induced or assisted or just intended, and even if not aware of the copyright status, can make Defendant liable for direct copyright infringements.

37. In addition to direct copyright infringement, may Defendants be guilty of contributory infringement as service and as collectively constituted.

38. Plaintiff brought this complaint seeking justice, adequate relief and remedies, in respect to the Constitution and laws of the United States of America, from suffering and being harmed directly by Defendant committing acts of infringements upon Plaintiff's exclusive copyrights, in a impact of massive proportions.

COUNT ONE - COPYRIGHTS INFRINGEMENTS (17 U.S.C. § 501)

39. Plaintiff repeats, and incorporates by reference the whole allegations contained in all paragraphs of the allegations above, as if set forth herein.

40. Defendant's infringement is willful and intentional.

41. By delivering their products, Defendant and Does 1 through 5 have violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the United States Code causes permanent damage and harm to Plaintiff's intellectual property and constitutes violation of intellectual property rights with copyrights infringements.

42. According to the U.S. Code Title 17- Copyrights Chapter 5 - Copyright Infringement, the Section 501(a) identifies a copyright infringer as someone who "violates any of the exclusive rights of the copyright owner as provided by Sections 106 through 118" of the bill.

43. Defendant's infringements had inflicted violation to Plaintiff' intellectual property exclusive rights encompassing the copyrights ownership, as creator, author and holder of the original authentic unpublished artworks.

44. The Defendant's acts will affect, resonate and challenge the actual present and the future, since the original unpublished infringed Artworks are now and forever involuntarily associated with Defendants in direct reference and association as an imprint into Plaintiff's Artwork portfolio, catalog raisonné and professional historical narrative.

COUNT TWO - STRICT LIABILITY

14

45. Defendant's committed acts based on Plaintiff's artworks, gave rise to a substantial sequence of infringements directly linked to the Defendant presenting under their names, conducting acts of marketing and propaganda and business, presented as fruit of their own sole  creation of works.

46. As a result, Plaintiff has suffered and will continue to suffer irreparable injury.

47. Defendant's commissioned service  does not rely on fair use or authenticity.

COUNT THREE - STATUTORY DAMAGES

48. Defendant has a duty to comply with all statutory and regulatory provisions.

COUNT FOUR - ADDITIONAL DAMAGES - Consequential and Incidental
A. CONSEQUENTIAL  DAMAGES

49. Hence, Plaintiff's artwork copyrights were infringed and Plaintiff damaged after the use of them by Missoni.

50. Either as direct, additional or proximate, the infringements are consequences of Defendants' conducts.

51. That Plaintiff has suffered, harmed, embraced emotions deeply, worked on her own defense of her copyrights. and continues suffering the damages, unless this Honorable Court restrains Defendants from such acts, for which reason Plaintiff is seeking all adequate remedies and justice at law.

B. INCIDENTAL DAMAGES

52. Plaintiff has suffered incidental damages as simple  result of Defendant's acts or strict liability, which damages will last and persist from the past to present and future, within the Plaintiff's narrative, involuntarily associated with Defendant.

COUNT FIVE - TREBLE DAMAGES

53. Plaintiff Dos Santos has filed suit seeking adequate remedies by Law for Defendants acts of copyrights infringements upon Plaintiff's artwork copyrights, and to further protect Plaintiff from continuously suffer serious harm of her intellectual property and her name and reputation, and to stop further from and after being exposed and associated with unethical acts of denatured services of Defendant using Plaintiff's intellectual property. Thus done, in respect to the law system,  it can strengthen the institutions, the communities, the relations and society as a whole.

54. Defendant has shown a propensity to form multiple fronts of representatives to perpetuate their activities, and they may be seeking to continue their acts as modus operandis through additional tactics unless and until they are enjoined by this Court.

VIII. PRAYER FOR RELIEF

Now, more than ever, Plaintiff repeats and incorporates by reference the whole allegations contained in all paragraphs as if set forth herein.

WHEREFORE, Plaintiff respectfully requests and prays to this Honorable Court enters a judgment as follows:

55. That Defendant has infringed upon Plaintiff's copyrights.

56. That Defendant be enjoined from further infringing activity.

57. That Plaintiff is entitled to an award of damages for copyright infringements.

58. That Defendant be ordered to pay reasonable attorney's fees and costs.

59. That Defendant be ordered to pay Plaintiff statutory damages up to $150,000 per each one of the infringements,  as just shall appear as this Honorable Court specified.

60. That Defendant be ordered yet to pay Plaintiff actual damages and the profits earned, whereas a monetary judgment be ordered to reflect the whole collective Defendant's gross profits earned on accomplish this upon the gross revenue attributable to the infringements as is reflecting in the whole gross profit total revenue and cost of goods sold (COGS), operating expenses, taxes and any interest or deductible expenses and any portion of profit attributable to be accurately accountable in the consideration.

61. That Defendant be ordered to pay Plaintiff yet treble damages, at Court's discretion.

62. That Defendant be ordered to pay Plaintiff costs of suit herein, including administrative and trial costs, fillings, miscellaneous and processing fees, and, under the provision of section §505,  pursuing claims herein for copyright infringements, according Federal Rules of Civil Procedure and last amended (eff. Dec. 1, 2020), and under the amendment to the Copyright Act known as Visual Artists Rights Act-VARA, provisions of the Title 17 U.S. Code §501 for infringements and remedies, under section §504  for Damages and earned Profits and/or statutory damages, under section §505 for costs and attorney's fees, and under §508, for notification of filing and determinations of actions, miscellaneous fees, resources,

16

material-related and expenses to it, and for such other relief and remedies as the

Honorable Court deems proper and just.

## IX. JURY TRIAL DEMANDED

Plaintiff respectfully requests a jury trial as to all issues so triable.

DATED:  May 13th,  2026                     Respectfully submitted,

Plaintiff, PRO SE
ANDREIA ROSA DOS SANTOS
andreianyc4@gmail.com
+1 (929) 392-5430
507 W 28th St. Apt. 611, New York, NY 10001