UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREIA ROSA DOS SANTOS,

                          Plaintiff,

              -against-

MISSONI USA INC.,

                          Defendant.

26-CV-4023 (JPO)

ORDER OF SERVICE

J. PAUL OETKEN, United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action under the Copyright Act, 17 U.S.C.

§ 411(a), and the Visual Artists Rights Act of 1990, 17 U.S.C. § 106A. By order dated May 22,

2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without

prepayment of fees.

**A.      Order of service**

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on

assistance from the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717

F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall

issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the Court must order the

Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendant through the U.S. Marshals Service, the

Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served the summons and the complaint until the Court reviewed the complaint and ordered that the summons be issued. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

("USM-285 form") for Defendant. The Clerk of Court is further instructed to issue a summons for Defendant and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendant.

If the complaint is not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**B.      Motion for permission for electronic case filing**

The Court grants Plaintiff's motion for permission to file documents electronically (ECF 8). The ECF Rules and Instructions are available online at: https://nysd.uscourts.gov/rules/ecf-related-instructions.

Once Plaintiff registers to file documents electronically, she no longer will receive service of documents by postal mail, whether or not she previously consented to accept electronic service. All documents issued by the Court, or filed by any other party, will be served on Plaintiff by electronic notice to her designated email address. *See* Fed. R. Civ. P. 5(B)(2)(E).

For questions regarding electronic filing, Plaintiff may call the ECF Help Desk at (212) 805-0800.

**CONCLUSION**

The Clerk of Court is instructed to issue a summons for Defendant Missoni USA Inc., complete the USM-285 form with the address for that defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

2

3

The Clerk of Court is further directed to mail a copy of this order to Plaintiff, together with an information package, and to terminate the motion at Docket Number 7.

SO ORDERED.

Dated:    June 1, 2026
          New York, New York

_____
J. PAUL OETKEN
United States District Judge

**SERVICE ADDRESS FOR DEFENDANT**

Missoni USA Inc.
676 Madison Ave
New York, NY 10065-7213