USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/10/2026

ArentFox Schiff

MEMO ENDORSED

ArentFox Schiff LLP
1301 Avenue of the Americas
42nd Floor
New York, NY 10019

212.484.3900 MAIN
212.484.3990 FAX

afslaw.com

Marylee Jenkins
Partner
212.484.3928 DIRECT
marylee.jenkins@afslaw.com

Peter Busch
Senior Attorney
212.457.5486 DIRECT
peter.busch@afslaw.com

August 7, 2026

**VIA ECF**

Hon. Katharine H. Parker
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Courtroom 17D

**Re: Request for Adjournment of Initial Conference – *Andreia Rosa Dos Santos v. Missoni USA Inc.*, No. 1:26-cv-4023-JPO-KHP (S.D.N.Y.)**

Dear Judge Parker:

We represent Defendant Missoni USA Inc. ("Defendant") in the above-referenced matter. Pursuant to Your Honor's Individual Rules and Practices in Civil Cases, Paragraphs I.b. and c., Defendant, together with Plaintiff, jointly request an adjournment of the Initial Case Management Conference for thirty (30) days.

On June 1, 2026, the Court scheduled the Initial Case Management Conference for August 17, 2026. *See* Dkt. 12. At that time, Defendant had not been served. On July 9, 2026, Defendant executed an Acknowledgment of Receipt by Mail of Summons and Complaint, which set September 8, 2026 as the date for Defendant to file a responsive pleading to the complaint.

Defendant anticipates filing a motion to dismiss the action by the September 8, 2026 deadline, together with a request to stay the proceedings until such motion is decided. Accordingly, there is good cause to adjourn the Initial Case Management Conference date because this motion may resolve the issues in this case without the need for further litigation. This is Defendant's first request to adjourn the Initial Case Management Conference, and Plaintiff consents to this request. Granting this request will have no effect on other deadlines because no deadlines have been set. Further, adjourning the Initial Case Management Conference will conserve judicial resources and avoid unnecessary litigation expenses while the Court reviews Defendant's motion. This request is made in good faith and not for purposes of delay.

**APPLICATION GRANTED: The Initial Conference set for 8/17/2026 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Tuesday, October 6, 2026, at 12:30 p.m.**

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.

08/10/2026

Sincerely,

Marylee Jenkins

Peter Busch