USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREA ROSE DOS SANTOS,

Plaintiff,

-against-

MISSONI USA INC. et al.,

Defendants.

**SCHEDULING ORDER**

**26-CV-4023 (JPO) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On September 24, 2026, pro se Plaintiff filed a letter, after the applicable deadline had passed, requesting an extension of time to oppose Defendant's pending motion to dismiss at ECF No. 20. Pursuant to Local Civil Rule 6.1(b), Plaintiff's opposition was due September 22, 2026. Plaintiff now seeks an extension through October 26, 2026, representing that she recently requested assistance from the City Bar Justice Center's Pro Se Clinic in preparing her opposition. Plaintiff further states that she did not confer with opposing counsel before making this request.

Notwithstanding Plaintiff's failure to seek an extension before the deadline expired or to confer with opposing counsel, in light of her pro se status, the request is GRANTED. Plaintiff's opposition shall be filed by **October 26, 2026**. Defendant's reply, if any, shall correspondingly be filed by **November 2, 2026**.

Because this matter has been referred to the undersigned for general pretrial supervision, all future correspondence concerning pretrial scheduling shall be directed to the undersigned.

Plaintiff should note that, despite her pro se status, she remains obligated to comply with the deadlines imposed by the Federal Rules of Civil Procedure, the Local Civil Rules, and this Court's individual rules. Any future request for an extension made after the applicable deadline has expired may be denied.

**The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff.**

Dated: New York, New York
September 29, 2026

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge