ArentFox Schiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/02/2026

MEMO ENDORSED

**ArentFox Schiff LLP**
1301 Avenue of the Americas
42nd Floor
New York, NY 10019

212.484.3900 MAIN
212.484.3990 FAX

afslaw.com

**Marylee Jenkins**
Partner
212.484.3928 DIRECT
marylee.jenkins@afslaw.com

**Peter Busch**
Senior Attorney
212.457.5486 DIRECT
peter.busch@afslaw.com

September 30, 2026

**VIA ECF**

Hon. Katharine H. Parker
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Courtroom 17D

**Re: Second Request for Adjournment of Initial Conference – *Andreia Rosa Dos Santos v. Missoni USA Inc.*, No. 1:26-cv-4023-JPO-KHP (S.D.N.Y.)**

Dear Judge Parker:

We represent Defendant Missoni USA Inc. ("Defendant") in the above-referenced matter. Pursuant to Your Honor's Individual Rules and Practices in Civil Cases, Paragraphs I.b. and c., Defendant, together with Plaintiff Andreia Rosa Dos Santos ("Plaintiff"), jointly request an adjournment of the Initial Case Management Conference.

On June 1, 2026, the Court scheduled the Initial Case Management Conference ("Initial Conference") for August 17, 2026. *See* Dkt. 12. On August 7, 2026, Defendant, with Plaintiff's consent, moved to adjourn the Initial Conference. *See* Dkt. 17. The Court granted that request and rescheduled the Initial Conference to October 6, 2026. *See* Dkt. 18.

Thereafter, on September 8, 2026, Defendant timely filed a motion to dismiss Plaintiff's Complaint (the "Motion"). *See* Dkt. 20. Plaintiff filed an opposition to Defendant's Motion on September 22, 2026, which was served on September 24, 2026. *See* Dkt. 22. Despite this, Plaintiff separately filed a letter-motion requesting an extension of time to oppose Defendant's Motion on September 24, 2026 without conferring with Defendant. *See* Dkt. 23. The Court granted this extension request, setting Plaintiff's deadline for filing a new opposition to the Motion as October 26, 2026 and setting Defendant's reply deadline as November 2, 2026. *See* Dkt. 24.

Accordingly, as the Court has extended the window for Plaintiff to respond to the Motion, and the Motion, if granted, will dispose of the case and obviate the need to hold the Initial Conference, good cause exists to adjourn the Initial Conference until the pending Motion is decided. This is Defendant's second request to adjourn the Initial Conference, and Plaintiff consents to it. The requested adjournment will not affect any other deadlines, as none have been set, and will conserve

ArentFox Schiff



judicial resources and avoid unnecessary litigation expenses while the Court considers the Motion. This request is made in good faith and not for purposes of delay.

Sincerely,

Marylee Jenkins Peter Busch

**APPLICATION GRANTED: The Initial Case Management Conference in this matter scheduled for Tuesday, October 6, 2026, at 10:30 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Monday, January 25, 2027, at 10:00 a.m.**
**The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.
10/02/2026